UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| SORNG SUN, | Civil No. 2:20-CV-00785-BAT |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Based on the stipulation of the parties it is hereby ORDERED that the above-captioned case be reversed and remanded, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. On remand, the Administrative Law Judge will:

- Reassess the medical opinions, including the opinion of Eric Strachan, Ph.D.;
- Reevaluate Plaintiff's impairments at step two, including whether HIV infection was a severe impairment in light of Dr. Strachan's opinion;
- Reassess Plaintiff's residual functional capacity;
- Continue with the sequential evaluation, including obtaining vocational expert evidence, as needed; and
- Update the record, offer Plaintiff the opportunity for a new hearing, and issue a new

decision.

Upon proper presentation, this Court will consider Plaintiff's application for costs and attorney's fees under 28 U.S.C. § 2412(d).

DATED this 28th day of May, 2021.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

Presented by:

s/ Ryan Lu
RYAN LU
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-2034
Fax: (206) 615-2531
ryan.lu@ssa.gov